## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/15/2009                                                           Case Number 2:09-cr-259
Case Style: USA vs. John Tiano
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Monica K. Schwartz

Attorney(s) for the Defendant(s) J. Timothy DiPiero/Heather Langeland

Law Clerk                                                                 Probation Officer Ruth E. Loftis

### Trial Time

### Non-Trial Time

Plea Hearing

### Court Time

1:41 pm   to 3:22 pm
Total Court Time: 1 Hours 41 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

1:30 case set

1:41 - case called - purpose of hearing for defendant to enter plea to two-count information pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read information - defendant understands

Court gave elements - defendant understands

Waiver of indictment received and filed

Original plea agreement to the court - court summarized majority of the agreement - US read Paragraphs 13 of the plea agreement into the record - defendant understands stipulation of facts and Rule 410 waiver - defendant understands agreement on sentencing guidelines - defendant understands waiver of appeal and collateral attack - defendant understands FOIA waiver

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

## District Judge Daybook Entry

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for March 18, 2010, at 1:30 pm

Bond - defendant to be released on $10,000 unsecured bond

3:22 concluded